# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.H., by her Guardian Ad Litem, JUANITA LUNA, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al., <br><br>　　　　　Defendants. | Case No.: 1:17-cv-00257 - DAD - JLT <br><br> ORDER APPROVING THE STIPULATION TO CONTINUING THE SCHEDULING CONFERENCE <br><br> (Doc. 14) |

The parties have stipulated to continue the scheduling conference from June 22, 2017, to July 20, 2017. (Doc. 14) The parties assert it would "be more efficient to meet, confer, and prepare for the scheduling conference, once Defendant has answered the complaint," and therefore request the brief continuance of the conference. (*Id.* at 2)

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** that the scheduling conference is continued to **July 20, 2017** at 9:00 a.m.

IT IS SO ORDERED.

Dated: __June 16, 2017__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1