# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.H., by and through her guardian ad litem JUANITA LUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00257-DAD -JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 21) |

On October 20, 2017, Plaintiff notified the Court that the action "has settled pending court approval of a minor's compromise." (Doc. 21 at 1) Plaintiff reports the parties intend to file motion for approval of the compromise within thirty days. (*Id.*) Thus, the Court **ORDERS**:

1. The motion for approval of the minor's compromise **SHALL** be filed no later than **November 20, 2017**; and

2. All other pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:   **October 24, 2017**              **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE