1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  Attorneys for Defendant, TEHACHAPI
   UNIFIED SCHOOL DISTRICT and
6  KATHLEEN QUIJADA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.H. by her Guardian Ad Litem, JUANITA LUNA,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, KATHLEEN QUIJADA and DOES 1 - 100, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00257 DAD-JLT<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the plaintiff, P.H. by her Guardian Ad Litem, JUANITA LUNA, and defendant TEHACHAPI UNIFIED SCHOOL DISTRICT, by and through their respective counsel of record, that the above-entitled action is dismissed, with prejudice, pursuant to the provisions of F.R.C.P. 41(a)(1), with each side to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER FOR DISMISSAL

| | |
|---|---|
| Dated: April ___, 2018 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Anthony N. DeMaria<br>Anthony N. DeMaria<br>Attorneys for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT and KATHLEEN QUIJADA |
| Dated: April ___, 2018 | GREY & GREY |
| | By: /s/ David M. Gray<br>David M. Gray<br>Attorneys for plaintiff, P.H. by her Guardian Ad Litem, JUANITA LUNA |

## **ORDER**

The stipulation to dismiss the action, with both sides bearing their own fees and costs, relies upon Fed.R.Civ.P. 41. Rule 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **April 24, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION AND ORDER FOR DISMISSAL